Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Attorneys for Defendant Ashley Coles, the trustee of the Ashley Coles Family Trust

C. Bradley Vynalek (#020051)
brad.vynalek@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY COLES, trustee of the Ashley Coles Family Trust, FRANCINE COLES, individually and as conservator of Z.A. COLES and S.B. COLES, minors, and HALEY BROOKE COLES, individually,<br><br>Defendants. | No. CV09-00553-PHX-DGC<br><br>**ANSWER TO COMPLAINT IN INTERPLEADER** |

Ashley Coles, as trustee of the Ashley Coles Family Trust ("Coles"), by and through her counsel undersigned, hereby Answers the Complaint in Interpleader filed by John Hancock Life Insurance Company (U.S.A.) ("John Hancock"), as follows:

1. Coles admits the allegations contained in Paragraph 1.
2. Coles admits the allegations contained in Paragraph 2.
3. Coles admits the allegations contained in Paragraph 3.
4. Coles admits the allegations contained in Paragraph 4.
5. Coles admits the allegations contained in Paragraph 5.
6. Coles admits the allegations contained in Paragraph 6.
7. Coles admits the allegations contained in Paragraph 7.

QB\7672479.1

1    8.    Coles admits the allegations contained in Paragraph 8.

2    9.    Coles admits the allegations contained in Paragraph 9.

3    10.   Coles admits the allegations contained in Paragraph 10.

4    11.   Coles admits the allegations contained in Paragraph 11.

5    12.   Coles admits the allegations contained in Paragraph 12.

6    13.   Responding to the allegations contained in Paragraph 13, Coles admits that Scott M. Coles authored letters and states that the letters speak for themselves and denies all other allegations contained in Paragraph 13.

9    14.   Coles denies the allegations contained in Paragraph 14 and restates that the letters speak for themselves.

11   15.   Coles admits the allegations contained in Paragraph 15.

12   16.   Coles admits the allegations contained in Paragraph 16.

13   17.   Coles admits the allegations contained in Paragraph 17.

14   18.   Coles admits the allegations contained in Paragraph 18.

15   19.   Coles admits the allegations contained in Paragraph 19.

16   20.   Coles admits the allegations contained in Paragraph 20.

17   21.   Coles admits the allegations contained in Paragraph 21.

18   22.   Coles reserves the right to assert any and all of the affirmative defenses outlined in Federal Rule of Civil Procedure 8(c) as discovery may prove applicable.

WHEREFORE, Coles requests Judgment as follows:

A.   Directing the payment of reasonable attorneys' fees and costs incurred by John Hancock in bringing the Interpleader Complaint;

B.   Directing the payment of the life insurance policy proceeds to Coles;

C.   Directing John Hancock to issue Internal Revenue Service Form 712s to Coles; and,

D.   Entering any other relief the Court deems appropriate under the circumstances.

RESPECTFULLY SUBMITTED this 27th day of March, 2009.

> QUARLES & BRADY LLP
> Renaissance One
> Two North Central Avenue
> Phoenix, AZ  85004-2391
>
> By *s/ C. Bradley Vynalek*
>     C. Bradley Vynalek
>
> Attorneys for Defendant Ashley Coles, the trustee of Ashley Coles Family Trust

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and distribution to the following parties:

> William M Demlong, Esq.
> Kunz Plitt Hyland Demlong & Kleifield PC
> 3838 North Central Avenue, Suite 1500
> Phoenix, AZ  85012-1902
> wmd@kunzlegal.com
> Attorneys for Plaintiff
>
> Aeryn Alena Heidemann, Esq.
> Kunz Plitt Hyland Demlong & Kleifield
> 3838 North Central Avenue, Suite 1500
> Phoenix, AZ  85012
> aah@kunzlegal.com
> Attorneys for Plaintiff
>
> Jerome K. Elwell, Esq.
> WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
> 3550 North Central Avenue, Suite 1500
> Phoenix, Arizona 85012-2188
> jelwell@WarnerAngle.com
> Attorneys for Francine Coles and Haley Brooke Coles

*s/ Kim Simmons*